## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **TRACY MCDONALD,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:13-CV-4645-P (BF)** |
| | § | |
| **CAROLYN W. COLVIN, Acting** | § | |
| **Commissioner of Social Security,** | § | |
| **Defendant.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is reversed and this case is remanded for further proceedings consistent with the Magistrate Judge's Findings, Conclusions, and Recommendation.

**SO ORDERED** this 2nd day of December, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE